UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

Case No__1:24-cr-076__

Deniss Zolotarjovs,
    Defendant.

Judge Michael R. Barrett

**CRIMINAL SENTENCING MINUTES**
**Judge Michael R. Barrett**

Courtroom Deputy: Krista Zeller
Court Reporter: Maryann Maffia, Official
USPO: Cora Lipscomb
Date: 5/4/2026

Time: 2:00 - 3:05

Asst. United States Attorney: _Timothy Mangan_ Defendant Attorney: _Igor Litvak_
_Bruce Hust_

   ✓ Dft plead to Count(s) _1 & 2_ of Indictment
   ____ Dft found guilty to Count(s) _____Indictment

*Procedure*:

✓ Sentencing

✓ PSI reviewed by the parties. _____ PSI adopted.

_____ No Objections  ✓ Objections ___ Plaintiff ✓Defendant

✓ Considered for sentencing (___ letter(s) from _____

   ___ Motion by USA/Dft (___side bar held/___ sealed)

   ✓ Plf sentencing memo / ____ PSI

   ✓ Dft sentencing memo / ____ PSI

   ✓ Mitigation ✓ Dft Cnsl Statement ___ Dft Statement ✓ Plf Statement
***********************************************************************************************

*Sentencing:*

✓ Defendant sentenced.

_____ Probation _____ Years

✓ Custody  (remanded/~~vol sur.~~)

   Count 1 _102_ Mos ~~consecutive~~/concurrent

   Count 2 _102_ Mos = ~~Consecutive~~/Concurrent to Count(s)_1_ (total _102_)

_____ Fine $_____ (interest waived)

✓ Special Assessment $_200.00_

✓ Restitution $ _TBD_

_____ Forfeiture (see _____)

✓ Supervised Release

   Count 1 _36_ Mos ~~consecutive~~/concurrent

   Count 1 _36_ Mos = ~~Consecutive~~/Concurrent to Count(s)_1_ (total _36_)

| ✓ firearms; ✓criminal conduct ✓DNA | ✓ cooperate with ICE proceedings | ✓ FCI Marianna Florida | ____ |
|---|---|---|---|
| ____ | ____ | ____ | ____ |

_X_ Dismissal of Counts (Motion/Order) (Ct.3)

✓ Informed of Defendant's Right to Appeal  _____ Clerk to Prepare Appeal Notice