**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:24-CR-76** |
| | : | |
| **Plaintiff,** | : | **JUDGE BARRETT** |
| | : | |
| **v.** | : | |
| | : | **ORDER FOR DISMISSAL** |
| **DENISS ZOLOTARJOVS,** | : | |
| | : | |
| **Defendant.** | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Count 3 of the Indictment pending against the defendant **DENNIS ZOLOTARJOVS**.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/*Timothy S. Mangan*
Timothy S. Mangan (OH 0069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-2864
Timothy.mangan@usdoj.gov

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

  5/5/2026
DATE

  /s/ *Michael R. Barrett*
HONORABLE MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE